Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
18321 Ventura Blvd. Suite 355
Tarzana, CA 91356
TEL/FAX:  (800) 935-3170
mshvarts@dagaccess.com
Attorneys for Plaintiff, Adam Fischman

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ADAM FISCHMAN,                          )
      Plaintiff,                      )   Case No.:  2:22-cv-03354-AGR
                   )
      vs.                                )   [PROPOSED] ORDER FOR AWARD
                   )   OF EAJA FEES
KILOLO KIJAKAZI,                        )
Acting Commissioner of Social          )
Security,                              )
         Defendant.              )

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **FIVE THOUSAND FIVE HUNDRED DOLLARS** ($5,500.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED:  May 26, 2023

HON. ALICIA G. ROSENBERG
United States Magistrate Judge